■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WILLIAMS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was convicted for promoting prostitution in the third degree (Penal Law § 230.25 [2]). He claims that the evidence did not support the verdict and that the trial court erroneously prevented defense counsel from commenting in summation that the alleged prostitute was not called as a prosecution witness. We disagree.

Defendant offered the prostitute's services to two experienced police officers for a stated price. This evidence, if believed by the jury, was sufficient to prove that defendant was guilty of promoting prostitution in the third degree *(see, People v Carey,* 109 AD2d 982, 983; *cf. People v Rodriguez,* 104 AD2d 547). On this record, the trial court's ruling during summation did not deprive defendant of a fair trial. (Appeal from judgment of Monroe County Court, Cornelius, J.—promoting prostitution, third degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.

■ In the Matter of CHRISTOPHER F., a Person Alleged to be a Juvenile Delinquent.—Order unanimously affirmed, without costs. Memorandum: Respondent forfeited any claim regarding a deprivation of the statutory right to a speedy trial (Family Ct Act §§ 310.2, 340.1) when he entered a plea of guilty *(cf. People v O'Brien,* 56 NY2d 1009, 1010; *People v Suarez,* 55 NY2d 940; *People v Friscia,* 51 NY2d 845, 847). This determination is without prejudice, however, to a postjudgment application by respondent, if he be so advised, challenging the knowing nature of his guilty plea *(see, People v Montanus,* 90 AD2d 992). (Appeal from order of Erie County Family Court, Sedita, J.—juvenile delinquency.) Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.